An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CARLOS RUIZ,
Appellant,
vs.
C/O HOMAN; SGT. WITTER; SGT.
WAGNER; AW A. WATSON; AND S.
SISCO,
Respondents.

No. 67220

**FILED**

JUN 02 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This pro se appeal was docketed in this court on January 15, 2015, without payment of the requisite filing fee. On that same day, this court issued a notice directing appellant to pay the required filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal.

On January 27, 2015, appellant filed a motion for an extension of time in which to submit a request to proceed in forma pauperis. More than thirty days has passed, yet appellant has not submitted such a request. Accordingly, cause appearing, this appeal is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: *Tracie K. Lindeman*

cc: Hon. Gary Fairman, District Judge
Carlos Ruiz
Attorney General/Ely
White Pine County Clerk

---

[1] In light of this disposition, all pending motions are rendered moot.

15-16812